IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| THUY VAN VO, | ) |
| | ) |
| Plaintiff, | ) 2:21-CV-01621-CRE |
| | ) |
| vs. | ) |
| | ) |
| ROBERT GILMORE, WILLIAM | ) |
| NICHOLSON, MICHAEL HICE, JAMES | ) |
| FETTERMAN, SECURE CARE, | ) |
| | |
| Defendants, | |

**FILED**

SEP 27 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

### REQUEST FOR ADDITIONAL DISCOVERY

Pursuant to the Court's Case Management Order, Plaintiff hereby requests leave of Court to submit to Defendants the following requests for additional relevant discovery, copies of which are attached. **THIS FORM SHOULD BE FILED AFTER THE CASE MANAGEMENT CONFERENCE ON 9/14/2022, BUT NO LATER THAN 10/5/2022.**

1. For Defendants to produce [All] medical contacted to perform the surgeries reguarding settlement on case NO# 2:21-CV-1621-CR
2. For defendants to produce [All] medical surgery schedule
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Date: _____

_____
Plaintiff's Signature

*(Plaintiff may attach additional pages as necessary)*